Alvin J. **PATTERSON**, Plaintiff–Appellant,

v.

J. **CLOW**, Medical Worker Department of Corrections; R. Walker, Defendants–Appellees.

No. 01–7571.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 10, 2001.

Alvin J. Patterson, pro se.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Alvin J. Patterson, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint under 28 U.S.C.A. § 1915A(b)(1) (West Supp. 2001). We have reviewed the record and the district court's opinion and agree that Patterson's complaint fails to state a claim. Accordingly, we dismiss the appeal on the reasoning of the district court. *Patterson v. Clow,* No. CA–01–1007 AM (E.D. Va. filed Aug. 20, 2001; entered Aug. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*